## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

MICHAEL RAYMOND MORENCY and     :
ROEUTH MORENCY, husband and wife,     :
        Plaintiffs,     :
             :
        v.     :     No. 5:19-cv-5304
             :
CITY OF ALLENTOWN, ALLENTOWN     :
POLICE DEPARTMENT, CHIEF OF     :
POLICE TONY ALSLEBEN, OFFICER     :
DIEHL, SERGEANT FLORES, and     :
OFFICER BLOOD,     :
        Defendants.     :

_____

# O R D E R

**AND NOW**, this 2nd day of October, 2020, upon consideration of the parties cross-

motions for summary judgment, *see* ECF Nos. 50, 51, 53, and for the reasons set forth in the

Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.     Plaintiffs' motion for summary judgment, ECF No. 50, is **DENIED.**

    2.     Defendants' motions for summary judgment, ECF Nos. 51, 53, are **GRANTED.**

    3.     The motions filed at ECF Nos. 64-68, are **DISMISSED, as moot**.

    4.     This case is **CLOSED.**

               BY THE COURT:


               */s/ Joseph F. Leeson, Jr.*_____
               JOSEPH F. LEESON, JR.
               United States District Judge