UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RAYMOND MORENCY and ROEUTH MORENCY, husband and wife, Plaintiffs, | : : : : | |
| v. | : : | No. 5:19-cv-5304 |
| CITY OF ALLENTOWN, ALLENTOWN POLICE DEPARTMENT, CHIEF OF POLICE TONY ALSLEBEN, OFFICER DIEHL, SERGEANT FLORES, and OFFICER BLOOD, Defendants. | : : : : : : : | |

**O R D E R**

**AND NOW**, this 17th day of November, 2020, upon consideration of (1) Plaintiffs' motion for relief from this Court's October 2, 2020 grant of summary judgment in favor of Defendants, *see* ECF No. 72, as well as (2) Defendants' opposition thereto, *see* ECF Nos. 75-76, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion for relief from judgment, ECF No. 72, is **DENIED.**

2. This case shall remain **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge